## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fuquay, Sherryn Denise

Printed:  6/3/08

Case Number:  06 B 16200
Judge:  Wedoff, Eugene R
Filed:  12/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008
Confirmed: February 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,175.00 | |
| Secured: | | 2,580.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,375.84 |
| Trustee Fee: | | 218.76 |
| Other Funds: | | 0.00 |
| Totals: | 4,175.00 | 4,175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,483.00 | 1,306.39 |
| 2. | Robert J Semrad & Associates | Administrative | 300.00 | 69.45 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Friendly Finance | Secured | 0.00 | 0.00 |
| 6. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 17,934.92 | 2,580.40 |
| 8. | Cook County Treasurer | Secured | 2,926.00 | 0.00 |
| 9. | Option One Mortgage Corp | Secured | 14,014.96 | 0.00 |
| 10. | Option One Mortgage Corp | Secured | 1,140.73 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 23.90 | 0.00 |
| 12. | T Mobile USA | Unsecured | 12.92 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 333.50 | 0.00 |
| 14. | Brother Loan & Finance | Unsecured | 0.00 | 0.00 |
| 15. | Global Rated Eligible Asset Trust | Unsecured | 40.00 | 0.00 |
| 16. | Four Seasons Heating & Air Conditioning | Unsecured | 10.50 | 0.00 |
| 17. | Nicor Gas | Unsecured | 72.50 | 0.00 |
| 18. | Accion Chicago | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | Allied Interstate | Unsecured | | No Claim Filed |
| 21. | American Collection Corp | Unsecured | | No Claim Filed |
| 22. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fuquay, Sherryn Denise                                Case Number:  06 B 16200
                                                                                              Judge:  Wedoff, Eugene R
               Printed:  6/3/08                                                Filed:  12/8/06

| 26. | I C Systems Inc | Unsecured | No Claim Filed |
| 27. | Lease Comm | Unsecured | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | No Claim Filed |
| 29. | Linebarger Goggan Blair & Simpson | Unsecured | No Claim Filed |
| 30. | LVNV Funding | Unsecured | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | No Claim Filed |
| 32. | MRSI | Unsecured | No Claim Filed |
| 33. | Trinsic | Unsecured | No Claim Filed |
| 34. | Western DuPage Obstetrics | Unsecured | No Claim Filed |
| 35. | Nicor Gas | Unsecured | No Claim Filed |
| 36. | Telecom USA | Unsecured | No Claim Filed |
| 37. | Roto Rooter | Unsecured | No Claim Filed |

                                                            _____          _____
                                                            $ 39,292.93          $ 3,956.24

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 53.40 |
| 5.4% | 165.36 |
|  | _____ |
|  | $ 218.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____